UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MICHAEL KRUISE WILLIAMS,
               Defendant.
--------------------------------------------------------x

**ORDER ACCEPTING**
**PLEA ALLOCUTION**

22 CR 405-2 (VB)

11-10-22

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated July 29, 2022, is approved and accepted, and the defendant is adjudged guilty of Counts One and Two of the information.

The Clerk is directed to enter the guilty plea.

Dated: November 10, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge