UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-v.-

MICHAEL KRUISE WILLIAMS,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

22 Cr. 405 (VB)

10/24/23



WHEREAS, on or about November 22, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 69), which ordered the forfeiture to the United States of all right, title and interest of ~~JOHNATHAN GARRETT~~ Michael Kruise Williams (the "Defendant") in the following property:

a. Various documents seized from the Defendant's residence (the "Mamaroneck Address"), on or about February 24, 2021: Credit Cards; Documents bearing other names; and IDs bearing other names

b. Various electronics seized from the Mamaroneck Address, on or about February 24, 2021: iMac A2115; Black Tower Computer Serial #5872CC49D13701DB15; Mac laptop; Lenovo Laptop; Black iPhone (1 of 2); Black iPhone (2 of 2); Flash Drives; Toshiba Hard Drive; Silver WD Hard Drive; Black Hard Drive; Black Easy Store Hard Drive; 2.5" SATA Hard Drive;

c. Various documents seized from the Defendant's place of business (the "Norwalk Address"), on or about February 24, 2021: State Holograms; Blank ID Card; Laminates; Credit Cards Bearing other names; Fake Social Security Cards, Fake ID cards; OSHA Logos; Fake OSHA Cards; Passport in Other Name; Group Order List; Instructions for Document Verification; Documents Bearing Other Names; ID Cards Bearing Other Names; Social Security Card;

d. Various electronics seized from the Norwalk Address, on or about February 24, 2021: Black Computer Tower & HP Pavilion Tower;

(a. through d, collectively the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on June 6, 2023, for thirty (30) consecutive days, through July 5, 2023 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on October 16, 2023 (D.E. 83);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Department of Treasury (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       October 23, 2023

SO ORDERED:

_____
HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE

3