UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                    :   **ORDER**
v.                                  :
                                    :   22 CR 405-2 (VB)
MICHAEL KRUISE WILLIAMS,            :
            Defendant.              :
--------------------------------------------------------------x

*Copies Mailed/Faxed*
*Chambers of Vincent L. Briccetti*

    On November 22, 2022, defendant Michael Kruise Williams was sentenced principally to a term of imprisonment of 24 months on his guilty plea to production of false identification documents and bank fraud.

    The applicable sentencing guidelines range was 27-33 months' imprisonment, based on a final offense level of 18 and a criminal history category of I.

    The Bureau of Prisons projects that defendant will be released from prison on May 21, 2024.

    As pertinent here, in Amendment 821 to the U.S. Sentencing Guidelines, which became effective November 1, 2023, the Sentencing Commission created a new Section 4C1.1, which provides for a two-level decrease in offense level for defendants with zero criminal history points who meet specified eligibility criteria. The Commission decided this change should be applied retroactively.

    The Probation Department has issued a supplemental report indicating defendant is eligible for a sentence reduction, finding that defendant's amended offense level is 16, at Criminal History I, such that his amended sentencing range is 21-27 months' imprisonment.

    Pursuant to the standing order of the Chief Judge of this District, the Federal Defenders of New York has been appointed to represent defendant in the Court's consideration of whether defendant's sentence should be reduced in light of Amendment 821.

    Accordingly, it is hereby ORDERED that by no later than January 10, 2024, Federal Defenders shall (i) determine whether defendant is eligible for a sentence reduction under Amendment 821, and (ii) if so, make an appropriate motion. By no later than January 24, 2024, the government shall file a response.

    The motion will be resolved on the parties' written submissions, unless otherwise ordered by the Court.

Chambers will email a copy of this Order to Jennifer Brown, Esq., Federal Defenders of New York.

Dated: December 27, 2023
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge