UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :    **ORDER**
v.                                :
                                  :    22 CR 405-2 (VB)
MICHAEL KRUISE WILLIAMS,          :
         Defendant.               :
--------------------------------------------------------------x

      By Order dated December 27, 2023, the Court, among other things, appointed Federal Defenders to represent defendant Michael Kruise Williams in the Court's consideration of whether defendant's sentence should be reduced in light of Amendment 821 to the U.S. Sentencing Guidelines. (Doc. #88). However, the Court has been advised by Jennifer Brown, Esq., of Federal Defenders that her office has a conflict because it previously represented Williams's co-defendant in this case. Accordingly, Federal Defenders is relieved as defendant Williams's counsel.

      Pursuant to the standing order of the Chief Judge of this District, the Court hereby appoints Theodore Green, Esq., a member of the Court's Criminal Justice Act panel, to represent defendant in the Court's consideration of whether defendant's sentence should be reduced in light of Amendment 821.

      Accordingly, it is hereby ORDERED that by no later than January 10, 2024, Mr. Green shall (i) determine whether defendant is eligible for a sentence reduction under Amendment 821, and (ii) if so, make an appropriate motion. By no later than January 24, 2024, the government shall file a response.

      The motion will be resolved on the parties' written submissions, unless otherwise ordered by the Court.

Dated: December 28, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1